JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARTIN SCOTT; MARGARET SCOTT, | Case No. 2:12-cv-00389-ODW(RZx) |
|---|---|
| Plaintiffs, | **JUDGMENT FOR DEFENDANT** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

In light of findings of fact and conclusions of law contained in the Court's April 5, 2013 Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that judgment shall be entered as follows:

1. Plaintiffs Martin Scott and Margaret Scott shall take nothing;
2. Judgment for Defendant United States of America; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 5, 2013

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**