JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN SCOTT; MARGARET SCOTT,<br><br>         Plaintiffs,<br>   v.<br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No. 2:12-cv-00389-ODW(RZx)<br><br>**JUDGMENT FOR DEFENDANT** |

In light of findings of fact and conclusions of law contained in the Court's April 5, 2013 Order Granting Defendant's Motion for Summary Judgment, it is hereby **ORDERED** that judgment shall be entered as follows:

1. Plaintiffs Martin Scott and Margaret Scott shall take nothing;
2. Judgment for Defendant United States of America; and
3. The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

April 5, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**